FERNANDA MISANI, PLAINTIFF-PETITIONER, v. ORTHO PHARMACEUTICAL CORP., *ET AL.*, DEFENDANTS-RE-SPONDENTS.

*Miss Fernanda Misani, in propria persona.*

*Mr. Stanley C. Smoyer, Messrs. Pilney, Hardin & Kipp* and *Mr. Clyde A. Szuch* for the respondents.

September 17, 1962.   Denied.

EMILY BRODZINSKI, EXECX., PLAINTIFF-RESPONDENT, v. ISABELLA PULEK, DEFENDANT-PETITIONER.

See same case below: 75 *N. J. Super.* 40.

*Mr. Victor H. Miles* for the petitioner.

*Mr. A. Nathan Cowen* for the respondent.

September 17, 1962.   Denied.